**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 589 MAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
KHYE RIVAS, :
:
Petitioner :

**ORDER**

**PER CURIAM**

**AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

Mr. Justice Eakin did not participate in the decision of this matter.